UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
SYLVIA L MCCLINTON

CASE NO. 07 B 05911

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor
SSN XXX-XX-6466

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/03/07 and confirmed on 09/27/07.

2. The case was dismissed after confirmation, 02/01/2008.

3. The Debtor paid a total of $ 3375.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 14600.00 | 103.56 | 1186.44 |
| NICOR GAS | UNSECURED | 707.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 291.43 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 3518.13 | .00 | .00 |
| FINGERHUT | UNSECURED | 391.61 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14600.00 | .00 | 4908.17 | .00 | 19508.17 |
| PRINCIPAL PAID | 1186.44 | .00 | .00 | .00 | 1186.44 |
| INTEREST PAID | 103.56 | .00 | .00 | .00 | 103.56 |
| TOTAL PAID | 1290.00 | .00 | .00 | .00 | 1290.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $    2697.50 and was paid $   166.00  direct and $   1955.85  through the plan.

The Trustee received $    129.15 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/20/08                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE